IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 10- 20118-01,02-JWL-JPO |
| v. ) | |
| ) | |
| MICHAEL DEWAYNE JONES, ) | |
| AND ) | |
| VONSHAYLA R. HOLLIS, ) | |
| ) | |
| Defendants. ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 9, 2010, in the District of Kansas and elsewhere, the defendants,

**MICHAEL DEWAYNE JONES,
AND
VONSHAYLA R. HOLLIS,**

knowingly recruited, enticed harbored and transported in interstate or foreign commerce, MM who had not attained the age of 18 years old, knowing and in reckless disregard of the fact that force, threats of force, fraud and coercion would be used to cause MM to engage

1

in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

A TRUE BILL.

DATED:   9/8/10                             S/Foreperson
                                            FOREPERSON

  s/Kim I. Martin, #13407 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

## PENALTIES:

**Count 1**     **18 U.S.C. § 1591(a)(1) - Sex Trafficking of Children**

- NLT 10 years or life incarceration;
- $250,000.00 Fine;
- NMT 5 years SR; and
- $100.00 Special Assessment Fee