THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 10-20118-01-JWL |
| ) | |
| MICHAEL DEWAYNE JONES, ) | |
| ) | |
| AND ) | |
| ) | |
| VONSHAYLA R. HOLLIS, ) | |
| ) | |
| Defendants, ) | |

## INFORMATION

Between on or about July 5, 2010 to on or about July 9, 2010 in the District of Kansas, the defendant,

MICHAEL DEWAYNE JONES,

AND

VONSHAYLA R. HOLLIS,

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is sex trafficking, did conceal the same by having the victims use their own phones and computers to set up and facilitate the sex acts, and did not make known the same to some judge, or other person in civil or

military authority under the United States, in violation of Title 18 United States Code, Section 4.

BARRY R. GRISSOM
United States Attorney

S/Kim I. Martin
Kim I. Martin, #13407
Assistant U.S. Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
913-551-6730
Fax: 913-551-6541
Email: Kim.Martin@usdoj.gov

Penalties:

- Ct. 1: NMT 3 years imprisonment; NMT $250,000.00 fine; NMT 1 year supervised release; $100.00 special assessment